**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

CHRISTOPHER CASEY,                    Civil No. 04-3856 (JRT/JSM)

    Petitioner,

v.                                    **O R D E R**

DONALD L. STINE,

    Respondent.

---

    Christopher Todd Casey, 886 Orange Street, Lino Lakes, Minnesota 55014, *pro se petitioner*.

    Jeffrey S. Paulsen, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 U.S. Courthouse, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for respondent.

---

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated May 19, 2005. No objections have been filed to that Report and Recommendation in the time period permitted.

    Based upon the Report and Recommendation of the Magistrate Judge, and all of the filed, records and proceedings herein,

    IT IS HEREBY ORDERED that: Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [Docket No. 1] is DISMISSED AS MOOT.

Dated: June 24 , 2005
at Minneapolis, Minnesota

                                                             s/John R. Tunheim
                                                              JOHN R. TUNHEIM
                                                         United States District Judge